UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| KIM MILLBROOK, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 2:10-cv-246-WTL-WGH |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

# MAGISTRATE JUDGE'S ORDER ON
# TELEPHONIC STATUS CONFERENCE

This matter came before the Honorable William G. Hussmann, Jr., United States Magistrate Judge, by telephone, at 10:00 a.m., on November 7, 2012, for a conference under Rule 16, Federal Rules of Civil Procedure. The pro se Plaintiff participated in the conference call. Defendant was represented by counsel, Gerald A. Coraz.

Thereupon the following **ORDERS** are entered:

1. With respect to the United States' Motion to Strike Request for Trial by Jury (Docket No. 53),[1] Plaintiff has filed a Response (Docket No. 56). This motion to strike is **GRANTED** because 28 U.S.C. § 2402 provides that the case should be tried by the court without a jury except for actions brought under 28

---

[1] Docket Nos. 53 and 57 were previously denied without prejudice at Docket No. 63 until the court ruled on another pending motion. Now that the pending motion is resolved, the Magistrate Judge will rule on those motions rather than requiring rebriefing.

U.S.C. § 1346(a)(1), which are civil actions for the recovery of an internal revenue tax.

2. With respect to the Plaintiff's Motion for an Order Compelling Discovery to Produce Documents (Docket No. 57) (see footnote 1), the United States has filed responses in opposition (Docket Nos. 58-60) and reply briefs have been filed by Plaintiff (Docket Nos. 61, 62, 64). The items referenced in this motion are in the nature of requests for production of documents. While under Rule 34 those requests must have been served prior to filing a motion to compel, the United States has now filed its response in opposition. In order to expedite the process, the Magistrate Judge **OVERRULES** the Defendant's objections as to relevancy of the July 8, 2009 incident involving this same Plaintiff and Officers Swick and Pound. Defendant is, therefore, **ORDERED** to produce within thirty (30) days of the date of this Order documents responsive to:

(a) Item 1 – administrative remedy complaints regarding incidents involving Officer Swick on July 8, 2009, and December 11, 2009.

(b) Item 2 – video footage for the dates of July 8, 2009, and December 11, 2009, if any exists.

(c) Item 4 – all investigative reports done by Lt. Howard, Dr. "Kramner," and Dr. "RDife." These investigative reports may be redacted to remove the names of any inmates who cooperated in the investigation.

(d) Item 6 – medical reports concerning Plaintiff's medications being taken from July 2009 to the current date.

The motion to compel is **DENIED** as to Item 3, the depositions, which are available to the Plaintiff through an appropriate court reporter. Defendant shall

identify any depositions that have been known to have been taken with respect to the July 2009 incident.  The motion to compel is also **DENIED** as to Item 5, further investigative reports, as those reports are likely protected by attorney-client privilege.

    3.  With respect to certain Requests for Admission that are referenced in Docket Nos. 58 and 61, the United States has indicated that they intend to deny those Requests for Admission and, therefore, the motion to compel is **DENIED.** The United States should file their formal denial within ten (10) days of the date of this Order.

    4.  With respect to the Interrogatories submitted and which are referenced in Docket No. 60, the motion to compel is **DENIED** at this time because the number of Interrogatories exceeds those which are allowed under Federal Rule of Civil Procedure 33.  It should be noted that because the Defendant is a governmental agency, the Defendant may be required to respond to properly-served interrogatories.  Plaintiff may serve up to 25 written interrogatories so long as he does so within twenty (20) days of the date of this Order.

    5.  This matter is set for **BENCH TRIAL** before District Judge William T. Lawrence on **TUESDAY, APRIL 23, 2013,** at 9:00 a.m., Terre Haute time (EDT), in Courtroom 131, U.S. Courthouse, 921 Ohio Street, Terre Haute, Indiana.  The Court allots two (2) days for this trial.

    6.  The **FINAL PRE-TRIAL CONFERENCE** shall be conducted before Judge Lawrence on **FRIDAY, FEBRUARY 22, 2013,** at 1:00 p.m., Indianapolis time (EST)**,** in Room 202, U.S. Courthouse, 46 East Ohio Street, Indianapolis,

Indiana.  Counsel shall be prepared to fully discuss the status of the action, including all matter requiring completion preparatory to trial.  Counsel having primary trial responsibility shall attend the final pretrial in person.

    7.  A **TELEPHONIC STATUS CONFERENCE** is set for **MONDAY, FEBRUARY 11, 2013,** at 9:00 a.m., Terre Haute time (EST), before the Magistrate Judge.  Counsel for Defendant is **ORDERED** to make advance arrangements with the correctional facility in Lewisburg to place a call to the pro se Plaintiff at the time of the conference and then call the court's bridge line at (317) 229-3960.[2]   (Or, if preferred, the counselor at the correctional facility may assist the pro se Plaintiff in placing a call directly to the court's bridge line at the time of the conference.)

    This order has been formulated after a conference at which the respective parties have appeared.  Any party shall file any corrections or additions within fourteen (14) days after receipt of this order.

    **SO ORDERED.**

**Dated:**  November 19, 2012

                                                   William G. Hussmann, Jr.
                                                   United States Magistrate Judge
                                                   Southern District of Indiana

---

   [2]The instructions for use of this bridge line are as follows:  The first person to call the number will hear a tone and then dead air.  As each additional person calls the number, they will hear a tone and then will be able to talk to all other persons who have previously connected to the conference call.

**Copies to:**

KIM MILLBROOK
13700-026
Lewisburg - USP
Lewisburg U.S. Penitentiary
Inmate Mail/Parcels
P.O. Box 1000
Lewisburg, PA 17837

Gerald A. Coraz
UNITED STATES ATTORNEY'S OFFICE
gerald.coraz@usdoj.gov